**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>STEPHENSON, JOHN EDWARD,<br><br>Debtor(s). | Case No. 20-13088 ABL<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that on DECEMBER 23, 2020 an ORDER GRANTING APPLICATION TO EMPLOY DIMOPOULOS INJURY LAW AS SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE, of which a true and correct copy is attached hereto as **EXHIBIT 1**, was entered in the above-entitled matter.

Dated: December 23, 2020

                                          */s/ Brian D. Shapiro*
                                          BRIAN D. SHAPIRO, TRUSTEE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the NOTICE OF ENTRY OF ORDER was made on December 23, 2020, by depositing a true and correct copy of the aforementioned in a mail box belonging to United States Post Office, enclosed in a sealed envelope, postage fully prepaid thereon, addressed to the following interested parties:

| TO:   Debtor(s)<br>JOHN STEPHENSON<br>5141 BURR OAK DR.<br>LAS VEGAS, NV   89130 | TO:   Special Counsel:<br>MICHAEL LAFIA, ESQ.<br>DIMOPHOULOS INJURY LAW<br>6671 S. LAS VEGAS BLVD., SUITE 275<br>LAS VEGAS, NV 89119 |
|---|---|

I FURTHER CERTIFY that service of the foregoing was electronically filed and served on all parties through the Electronic Filing System automatically generated by the Court on December 23, 2020, pursuant to the rules of the United States Bankruptcy Court for the District of Nevada.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Dated: December 23, 2020

*/s/ Kristin A. Shapiro*
Assistant to Brian D. Shapiro, Trustee

# EXHIBIT 1



_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 23, 2020

**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>STEPHENSON, JOHN EDWARD,<br><br><br><br>Debtor(s). | Case No. 20-13088-abl<br>Chapter 7<br><br>**ORDER GRANTING APPLICATION TO EMPLOY DIMOPOULOS INJURY LAW AS SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE**<br><br>Hearing Date: December 17, 2020<br>Hearing Time: 11:00 a.m. |
|---|---|

Upon reading the Application to employ Dimopoulos Injury Law as Special Counsel for the Estate, pursuant to 11 U.S.C. §327(a), filed by Brian D. Shapiro, Trustee; it appearing to the Court that neither the attorney, nor the firm, hold or represent an interest adverse to the Estate, that the attorney is a disinterested party within the meaning of §101(14) of the Bankruptcy Code, and may represent the Estate under 11 U.S.C. §327(c) and that the employment of counsel is necessary and in the best interest of the Estate and the creditors; and good cause appearing, therefore, it is hereby:

ORDERED that pursuant to §327 of the Bankruptcy Code, the Trustee is authorized to employ Dimopoulos Inury Law as Special Counsel in accordance with the terms of the agreement set forth in the application and declaration in support for this Order. The payment of all fees and costs are subject to further approval by this Court.

Respectfully submitted by:

*/s/ B. D. Shapiro*

BRIAN D. SHAPIRO, TRUSTEE

## ALTERNATIVE METHOD Re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows:

\_\_\_\_\_ The court has waived the requirement of approval under LR 9021(b)(1).

__X__ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form order content of the order.

### ###