

Mary A. Schott
Clerk of Court

Entered on Docket
April 13, 2023
_____

NVB 3011−1 (12/19)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−20−13088−abl<br>CHAPTER 7 |
| JOHN EDWARD STEPHENSON | |
| Debtor(s) | ORDER GRANTING<br>APPLICATION TO<br>DEPOSIT UNCLAIMED FUNDS |

On 4/12/2023, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###